UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:

EXPERIENCE, INC.

    Plaintiff

v.

CSO RESEARCH, INC.

    Defendants

**04 11127 JLT**

## AFFIDAVIT OF LISA MASTRANGELO

I, Lisa Mastrangelo, depose and state as follows:

1. My name is Lisa Mastrangelo. I am the Vice President of Finance and Chief Financial Officer of Experience, Inc. ("Experience"), the plaintiff in the above-entitled action. I make this affidavit in support of Experience's Motion for Expedited Discovery.

2. On or about August 7, 2001, Experience executed an Asset Purchase Agreement with Brass Ring, Inc. ("Brass Ring") and certain of its subsidiaries, including Academic Software, Inc. ("ASI"). As part of that agreement, Experience acquired certain assets, including all right, title and interest in a family of computer software products known as "1stPlace!."

3. As part of Experience's due diligence in connection with the Asset Purchase Agreement, I learned that Erik Mulloy, the developer of 1stPlace!, and the founder and president of defendant CSO Research, Inc., assigned his interest in 1stPlace! to Experience's predecessors in title. A true and accurate copy of the Copyright Assignment from Mulloy to Experience's predecessors in title is attached to the Complaint as Exhibit 6.

4. Accordingly, through these transactions, Experience has come to be the sole and exclusive owner of all right, title and interest in the 1stPlace! software.

SIGNED UNDER THE PENALTIES OF PERJURY THIS ___ DAY OF MAY, 2004

_____
Lisa Mastrangelo