AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Experience, Inc.

v.

CSO Research, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11127 JLT

TO: (Name and address of Defendant)  CSO Research, Inc., P.O. Box 340819, Austin, TX 78734, (with a registered agent for service of process at 6836 Austin Center Blvd., Suite 150, Austin, TX 78731)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael R. Gottfried
Eric B. Goldberg
Duane Morris LLP
470 Atlantic Avenue
Suite 500
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  MAY 27 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5-28-04 |
| NAME OF SERVER (PRINT) James M. Burns | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5-28-04
              Date

Signature of Server: James M. Burns

Address of Server:
510 Congress
Austin, TX 78704

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

COUNTY: DIST./MASS.      CASE # 0411127JLT      COURT
Clt. Ref.# EXPERIENCE, I   Clt.# 9773

EXPERIENCE, INC.

VS

CSO RESEARCH, INC.

The documents came to hand for service on 05/28/04   Time: 08:35:52

Documents received for service:

SUMMONS;COMPLAINT & JURY DEMAND;CIVIL ACTION COVER SHEET;
LOCAL CIVIL ACTION COVER SHEET;FORM AO 121;MOTION TO SHORTEN
TIME FOR DEF. TO RESPOND TO LIMITED DISCOVERY;AFF. OF LISA

The documents were delivered on 05/28/04   Time: 10:20:00

Executed at: 6836 Austin Center Blvd. #150
             Austin, TX 78731
to the following: CSO Research, Inc.
             By Delivering To Frank B. Lyon, Registered Agent

__X__ PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ a person over sixteen (16) years of age, at the above listed address which is the usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, James M Burns _____, am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service Fee: $80.00

Witness Fee Tendered: _____

James M Burns
Professional Civil Process Austin
P.O. Box 342467
Austin, Texas 78734-0042

STATE OF TEXAS}

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn stated that he has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts therein contained are true and correct. Given my hand and seal of office this ___ day of May 2004.

PCP Inv. #A05042270

NOTARY PUBLIC FOR THE STATE OF TEXAS

DANA DEMERS
MY COMMISSION EXPIRES
August 26, 2007