UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EXPERIENCE, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04-11127-JLT |
| ) | (Magistrate Judge Collings) |
| CSO RESEARCH, INC. ) | |
| ) | |
| Defendant ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

The undersigned counsel, Erik Paul Belt, notices his appearance as attorney for Defendant CSO Research, Inc., in the above-captioned captioned case.

Dated: June 14, 2004            Respectfully submitted,

/s/ Erik P. Belt
Erik Paul Belt, BBO # 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
Tel:  (617) 443-9292
Fax: (617) 443-0004
ebelt@bromsun.com

*ATTORNEYS FOR*
**CSO RESEARCH, INC.**

FIRM/NEW   316586.1