UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____

EXPERIENCE, INC.                        )
                                        )
              Plaintiff                 )
                                        )
      v.                                )        Civil Action No. 04-11127-JLT
                                        )        (Magistrate Judge Collings)
CSO RESEARCH, INC.                      )
                                        )
              Defendant                 )
_____)


**ASSENTED TO MOTION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S MOTION TO SHORTEN TIME
<u>FOR DEFENDANT TO RESPOND TO LIMITED DISCOVERY</u>**


On May 28, 2004, Plaintiff Experience, Inc. served Defendant CSO Research, Inc. ("CSO")

with a Motion to Shorten Time for Defendant to Respond to Limited Discovery.  CSO requested

a one-week extension of time to respond to the Motion to Shorten Time and agreed not to raise

the extension as a basis to oppose a subsequent motion for preliminary injunction.  Experience

assented to this extension.

ACCORDINGLY, CSO requests that the Court grant this Motion, and that CSO have until

June 18, 2004, to respond to the Motion to Shorten Time for Defendant to Respond to Limited

Discovery.

## <u>CERTIFICATE PURSUANT TO LOCAL RULE 7.1</u>

I certify that, on June 14, 2004, I conferred by telephone with counsel for the plaintiff, Michael Gottfried, in a good faith attempt to resolve or narrow the issues presented by this motion. Mr. Gottfried stated that Plaintiff does not oppose the extension of time for CSO to respond to the Motion to Shorten Time.

Dated: June 14, 2004                        Respectfully submitted,

/s/ Erik P. Belt
Erik Paul Belt, BBO # 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 443-9292
Fax: (617) 443-0004
ebelt@bromsun.com

*ATTORNEY FOR DEFENDANT*
*CSO RESEARCH, INC.*

FIRM/NEW  316615.1