UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EXPERIENCE, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04-11127-JLT |
| ) | (Magistrate Judge Collings) |
| CSO RESEARCH, INC. ) | |
| ) | |
| Defendant ) | |

# DECLARATION AND CERTIFICATE OF PAUL SCHLAUD, ESQ.

I, Paul Schlaud, upon oath, declare as follows:

1. I am a partner in the law firm of Reeves & Brightwell LLP. I am admitted to practice before the Bar of the State of Texas (Texas Bar No. 24013469, admitted November 3, 1999) as well as the bars for the United States District Court for the Western District of Texas, the United States District Court for the Western District of Texas, and the Fifth Circuit Court of Appeals.

2. I am a member of the bar in good standing in every jurisdiction and court to which I have been admitted to practice. There are currently no disciplinary proceedings pending against me as a member of the bar in any jurisdiction, court, or agency. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3. I am trial counsel for the defendant, CSO Research, Inc. I represent CSO in the above-captioned action, and I respectfully request admission to the Bar of this Court *pro hac vice*.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON JUNE 14, 2004.

_____
Paul Schlaud


/s/ Paul Schlaud_____
Paul Schlaud

FIRM/NEW   316600.1

DECLARATION OF PAUL SCHLAUD                 2