UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EXPERIENCE, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04-11127-JLT |
| ) | (Magistrate Judge Collings) |
| CSO RESEARCH, INC. ) | |
| ) | |
| Defendant ) | |

**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

CSO Research, Inc., is a privately held company. It has no parent company, and no public company owns 10% or more of its stock.

Dated: June 18, 2004

CSO RESEARCH, INC.

*By its attorneys*,

/s/ Erik P. Belt
Erik Paul Belt, BBO # 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Tel: (617) 443-9292
Facsimile: (617) 443-0004
ebelt@bronsum.com

Beverly G. Reeves
Texas State Bar No. 16716500
8911 N. Capital of Texas Hwy.
Westech 360, Suite 3210
Austin, TX 78759-7249
(512) 334-4500 (Main)
(512) 334-4492 (Facsimile)

02901/00501 318039.1