UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11127-JLT

EXPERIENCE, INC.

    Plaintiff

v.

CSO RESEARCH, INC.

    Defendants

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF**

Plaintiff Experience, Inc. ("Experience"), hereby moves for leave to file a Reply to the Defendant CSO Research, Inc.'s Opposition to Plaintiff's Motion to Shorten Time for Defendant to Respond to Limited Discovery. As grounds therefore, Experience states that the attached Reply is necessary to address certain factual statements raised by CSO in its Opposition. The attached Reply memorandum will assist the Court in its consideration of Experience's Motion to Shorten Time for Defendant to Respond to Limited Discovery. CSO has no opposition to this motion.

WHEREFORE, Experience respectfully requests that its Motion for Leave to File Reply in Support of Its Motion to Shorten Time for Defendant to Respond to Limited Discovery be allowed.

                                          EXPERIENCE, INC.

                                          By its attorneys,

                                          /s/ Eric B. Goldberg
                                          Michael R. Gottfried (BBO# 542156)
                                          Eric B. Goldberg (BBO# 564398)
                                          Duane Morris LLP
                                          470 Atlantic Avenue
                                          Boston, MA 02210
                                          (617) 289-9200

June 21, 2004

## LOCAL RULE 7.1 CERTIFICATION

      The undersigned certifies that counsel for the plaintiff has conferred with counsel for the defendant and counsel for the defendant has no objection to the filing of this Reply brief.

                                          /s/ Eric B. Goldberg
                                          Eric B. Goldberg

## CERTIFICATE OF SERVICE

      I hereby certify that on June 21, 2004, a true copy of the above document was served upon the following attorneys of record:

Robert L. Kann
Erik Paul Belt
Bromberg & Sunstein LLP
125 Summer Street
Boston, MA 02110-1618
(617) 443-9292

(Via electronic notice and regular mail)

Beverly G. Reeves
Reeves & Brightwell LLP
8911 N. Capital of Texas Highway
Westech 360, Suite 3210
Austin, TX 78759-7249
(512) 334-4500

(Via regular mail)

                                                        /s/ Eric B. Goldberg