**Gottfried, Michael**

| | |
|---|---|
| **From:** | Gottfried, Michael |
| **Sent:** | Thursday, June 17, 2004 12:27 PM |
| **To:** | 'breeves@reevesbrightwell.com' |
| **Cc:** | Goldberg, Eric |
| **Subject:** | Protective Order |

Please look at  Haseotes v Abacab International Computers, Inc.  120 F.R.D. 12 (D.Mass 1988).  We are not seeking access to code just the look and feel which is sold commercially.  We remain willing to stipulate to a protective order prohibiting proprietary use and limiting access at Experience to the people involved in this case.  We remain willing to provide you with specific examples of infringement after your client has stipulated not to make changes to the software as part of your agreement to provide us with access.