# Exhibit A

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11127-JLT

EXPERIENCE, INC.

    Plaintiff

v.

CSO RESEARCH, INC.,

    Defendant

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned affirm that they have conferred:

(a)    with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____  
Michael R. Gottfried (BBO# 542156)  
Eric B. Goldberg (BBO #564398)  
DUANE MORRIS LLP  
470 Atlantic Avenue, Suite 500  
Boston, MA 02210  
(617) 289 9200  

_____  
Jennifer Floren, President  
Experience, Inc.  
One Faneuil Hall Marketplace  
Third Floor  
Boston, MA 02109  
(617) 305-7400  

Dated: October 26, 2004