**Exhibit B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EXPERIENCE, INC.<br><br>    Plaintiff<br><br>v.<br><br>CSO RESEARCH, INC.<br><br>    Defendant | Civil Action No. 04-11127-JLT<br>(Magistrate Judge Collings) |

**DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

The undersigned certify that CSO Research, Inc., and its trial counsel have conferred with a view to establishing a budget for the costs of conducting the full course of the litigation, as well as various alternative courses, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Erik Mulloy
President
CSO RESEARCH, INC.
P.O. Box 340819
Austin, TX 78734

Date: October 25, 2004

_____
Erik Paul Belt, BBO# 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 443-9292
Fax: (617) 443-0004
Email: ebelt@bromsun.com

Dated: October 25, 2004

02901/00501 341868.1