UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11127-JLT

EXPERIENCE, INC.

    Plaintiff

v.

CSO RESEARCH, INC.,

    Defendant

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective counsel, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action, including all claims and counterclaims therein, are hereby dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

The parties waive all rights of appeal.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| EXPERIENCE, INC.<br>By its attorneys, | CSO RESEARCH, INC.<br>By its attorneys, |
| /s/ Michael R. Gottfried<br>Michael R. Gottfried (BBO# 542156)<br>Eric B. Goldberg (BBO# 654398)<br>DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210<br>617-289-9200 | /s/ Erik Paul Belt<br>Erik Paul Belt (BBO# 558620)<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, MA 02110<br>617-443-9292<br><br>Beverly G. Reeves<br>  Texas State Bar No. 16716500<br>Paul Schlaud<br>  Texas State Bar No. 24013469<br>8911 N. Capital of Texas Hwy.<br>Westech 360, Suite 3210<br>Austin, TX 78759-7249<br>512-334-4500 |
| Dated: November 2, 2004 | Dated: November 2, 2004 |